# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1269 AG (SSx) | Date | September 13, 2010 |
|---|---|---|---|
| Title | COLLINS LUM, et al. v. AMERICA'S COLLECTIBLES NETWORK, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

The complaint seeks to allege diversity jurisdiction. *See* 28 U.S.C. § 1332. However, the exercise of diversity jurisdiction would be improper for the reason(s) checked below:

[ ]   The complaint sets forth only the residence, rather than the citizenship, of the parties, but diversity or alienage is based upon a party's citizenship. *See* 28 U.S.C. 1332(a).

[X]   A corporation is joined as a party. The complaint fails to set forth either the corporation's state of incorporation or its principal place of business, or both (both must be set forth). *See* 28 U.S.C. § 1332(c).

[ ]   A partnership or unincorporated association is joined as a party. For diversity or alienage jurisdiction to be proper, none of the partners or members, including limited partners, can be a citizen of the same state as any opposing party. The citizenship of all the entity's partners must therefore be alleged. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 192-96, 110 S. Ct. 1015, 1019-21, 108 L. Ed. 2d

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1269 AG (SSx) | Date | September 13, 2010 |
|---|---|---|---|
| Title | COLLINS LUM, et al. v. AMERICA'S COLLECTIBLES NETWORK, et al. | | |

157 (1990); *Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987).

[ ]   All plaintiffs are not diverse from all defendants. *See* 28 U.S.C. § 1332; *see also Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806).

[ ]   The complaint fails to allege the citizenship of one or more parties. *See* 28 U.S.C. § 1332.

[ ]   The complaint fails to allege an amount in controversy in excess of $75,000. *See* 28 U.S.C. § 1332.

[ ]   Defendant did not timely remove the Complaint. *See* 28 U.S.C. § 1446(b).

Accordingly, the Court orders Plaintiff(s) to show cause in writing by September 27, 2010 why this action should not be dismissed for lack of subject matter jurisdiction. Defendant(s) may submit a response by October 4. An amended complaint correcting the deficiencies will be deemed a sufficient response to this order to show cause.

_____ : _0_

Initials of Preparer